UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT EOVACIOUS,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: Civil Disorder<br>(18 U.S.C. § 231(a)(3))<br><br>Count Two: Possession of an Unregistered Firearm<br>(26 U.S.C. § 5861(d))<br><br>Firearm Forfeiture Allegation:<br>(26 U.S.C. § 5872; 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Civil Disorder
(18 U.S.C. § 231(a)(3))

The Grand Jury charges:

On or about June 1, 2020, in Worcester, in the District of Massachusetts, the defendant,

VINCENT EOVACIOUS,

committed, and attempted to commit, an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce.

All in violation of Title 18, United States Code, Section 231(a)(3).

## COUNT TWO
### Possession of an Unregistered Firearm
### (26 U.S.C. § 5861(d))

The Grand Jury further charges:

On or about June 1, 2020, in Worcester, in the District of Massachusetts, the defendant,

VINCENT EOVACIOUS,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(8), to wit, three (3) Molotov cocktails, which were not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## FIREARM FORFEITURE ALLEGATION
(26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of Possession of an Unregistered Firearm in violation of Title 26, United States Code, Section 5861(d), set forth in Count Two of this Indictment, the defendant,

VINCENT EOVACIOUS,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(8), to wit, three (3) Molotov cocktails.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 26, United States Code, Section 5861, and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October ___1___, 2020

Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King 10/1/20 4:19pm
_____
DEPUTY CLERK